237 So.2d 870

**Re Frankie Lee HANNAH**

v.

**KELLERMAN MINING COMPANY, a Corp., et al.**

**Ex parte Frankie Lee HANNAH.**

**6 Div. 798.**

Supreme Court of Alabama.

July 10, 1970.

George S. Wright, Rosen, Wright, Selden & Hardwood, Tuscaloosa, for petitioner.

McQueen, Ray & Allison, Tuscaloosa, for respondents.

LAWSON, Justice.

Petition of Frankie Lee Hannah for certiorari to the Court of Civil Appeals to review and revise the judgment and decision in Hannah v. Kellerman Mining Co., a

Corp. et al., 46 Ala.App. 63, 237 So.2d 867 (6 Div. 47).

Writ denied.

LIVINGSTON, C. J., and SIMPSON, MERRILL, COLEMAN and MADDOX, JJ., concur.